# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 8, 2022

Lyle W. Cayce
Clerk

No. 20-20656
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ROLLIE ANDRE LOTT,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-734-1

Before CLEMENT, HAYNES, and HIGGINSON, *Circuit Judges*.
PER CURIAM:*

Rollie Andre Lott, federal prisoner # 77670-479, appeals the denial of his motion for appointment of counsel, which he filed after the district court granted a writ of garnishment in favor of the Government. He argues that the district court violated his due process rights by failing to hold a hearing

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-20656

pursuant to 28 U.S.C. § 3202(d). He also moves this court for appointment of counsel on appeal.

In his brief before this court, Lott asserts that the property at issue was exempt from garnishment and that it belonged to another person. Because Lott did not move for a hearing for the district court to resolve these issues, this court will not consider them on appeal. *See Leverette v. Louisville Ladder Co.*, 183 F.3d 399, 341-42 (5th Cir. 1999)..

AFFIRMED; MOTION DENIED.